# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN THE ESTATE OF RACHEL M. HAMMERS, Deceased, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Case No. 15-7994-CM-KGG |
| DOUGLAS COUNTY, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## ORDER ON *IN CAMERA* INSPECTION

On June 9, 2016, the undersigned Magistrate Judged ordered that documents in the possession and custody of the Division of Children and Families ("DCF") be submitted to the Court for *in camera* inspection in the above-referenced matter. (*See* Doc. 121.) DCF has submitted, and the Court has since reviewed, the documents compromising the files of three minors referenced in the Qualified Protective Order entered in this case.

Having completed its review, the Court finds that the documents are necessary for these proceedings in accordance with K.S.A. § 38-2122(e) and ***Brooks v. Hinzman***, No. 13-2410-EFM-KMH, 2014 WL 1047948 (D. Kan. March 17, 2014). As such, the Court orders the production of the documents pursuant to the terms of the Protective Orders entered in this case. (Docs. 24, 120.)

**DATED** at Wichita, Kansas this 11th day of July, 2016.

S/   K<small>ENNETH</small> G. G<small>ALE</small>
KENNETH G. GALE
United States Magistrate Judge
