IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| THE ESTATE OF RACHEL M. HAMMERS, DECEASED, <br><br>By and through JOSEPH M. HARVEY, ADMINISTRATOR OF THE ESTATE OF RACHEL M. HAMMERS, DECEASED, <br><br>and <br><br>J.J.H., J.R.G., and J.G., Minor Children and Heirs at Law of the DECEASED, <br><br>By and through JOSEPH M. HARVEY, CONSERVATOR OF J.J.H., J.G. and J.R.G., <br><br>                      Plaintiffs, <br>v. <br><br>DOUGLAS COUNTY, KANSAS BOARD OF COMMISSIONERS; SHERIFF KENNETH M. MCGOVERN; UNDERSHERIFF KENNETH L. MASSEY; UNDERSHERIFF STEVE HORNBERGER; DENNIS E. SALE, D.O., L.L.C.; DENNIS E. SALE, D.O.; DOUGLAS COUNTY VISITING NURSES ASSOCIATION, INC.; and JOHN DOES 1-3, <br><br>                      Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Case No. 2:15-CV-07994-CM-KGG |

**DOUGLAS COUNTY DEFENDANTS'**
**MOTION TO STRIKE REBUTTAL EXPERT DISCLOSURES OF PLAINTIFFS**

Comes now the Defendants Douglas County, Kansas Board of Commissioners, Sheriff Kenneth M. McGovern, and Kenneth L. Massey ["County Defendants"] and move this Court for an Order striking the Rebuttal Expert Disclosures of Plaintiffs in its entirety on the grounds that the "rebuttal" experts are case-in-chief experts who should have been identified in Plaintiffs' initial expert disclosures.

-1-

{O0329878}

The basis for this motion is fully set forth in the contemporaneously filed Memorandum in Support, the arguments of which are hereby incorporated by reference as if fully set forth herein.

WHEREFORE, the County Defendants respectfully request this Court enter its Order striking the Rebuttal Expert Disclosures of Plaintiffs in its entirety, and for such further relief that this Court deems just.

> Respectfully submitted,
>
> FISHER, PATTERSON, SAYLER & SMITH, LLP
>
> /s/ Michael K. Seck, #11393
> Michael K. Seck, #11393
> 51 Corporate Woods, Suite 300
> 9393 West 110th Street
> Overland Park, Kansas  66210
> (913) 339-6757 / (913) 339-6187 (FAX)
> mseck@fisherpatterson.com
> kberra@fisherpatterson.com
> aluck@fisherpatterson.com
> **ATTORNEYS FOR DEFENDANTS**
> **DOUGLAS COUNTY, KANSAS**
> **BOARD OF COMMISSIONERS;**
> **SHERIFF KENNETH M. MCGOVERN; AND**
> **KENNETH L. MASSEY**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 22, 2016, the foregoing pleading was electronically filed with the Clerk of the U.S. District Court for the District of Kansas, and a service copy was served electronically on the following:

Arthur A. Benson II
Jamie Kathryn Lansford
ARTHUR A. BENSON & ASSOCIATES
4006 Central Avenue
Kansas City, Missouri 64111
816-531-6565/Fax: 816-531-6688
abenson@bensonlaw.com
jlansford@bensonlaw.com
ATTORNEYS FOR PLAINTIFF

and

D. Adam Leatherwood, #78414
THE LEATHERWOOD FIRM, L.L.C.
P.O. Box 482235
Kansas City, MO 64148-2235
816-377-2055 / 816-337-3811
aleatherwood@gmail.com
ATTORNEYS FOR PLAINTIFF

Jeff K. Brown, #17662
LOGAN, LOGAN & WATSON, L.C.
8340 Mission Road, Suite 106
Prairie Village, Kansas  66206
913-381-1121 / Fax:  913-381-6546
jbrown@loganlaw.com
ATTORNEYS FOR DEFENDANTS DENNIS E. SALE, D.O.
AND DENNIS E. SALE, D.O., L.L.C.

Richard T. Merker, #07405
Leilani R. Leighton, #25779
WALLACE, SAUNDERS, AUSTIN, BROWN
   & ENOCHS, CHTD.
10111 W. 87th Street
Overland Park, Kansas 66212
913-888-1000 / Fax: 913-888-1065
rmerker@wallacesaunders.com
lleighton@wallacesaunders.com
ATTORNEYS FOR DEFENDANT DOUGLAS COUNTY VISITING NURSES ASSOCIATION, INC.

        /s/ Michael K. Seck
        Michael K. Seck, #11393

{O0329878}